HHH
x6990

ORIGINAL

Unsealed on 8/19/12

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 MAR 16 AM 10:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| Plaintiff, ) | COMPLAINT |
| v. ) | Title 18, U.S.C., Sec. 2252(a)(2) - Distribution of Images of Minors Engaged in Sexually Explicit Conduct |
| JOHN FREDERICK GARNER, ) | |
| Defendant. ) | Title 18, U.S.C., Sec. 2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct |

12MJ0952

The undersigned complainant, being duly sworn, hereby states:

Count 1

On, about or between February 18, 2011 and June 15, 2011, within the Southern District of California, defendant JOHN FREDERICK GARNER did knowingly distribute visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

Count 2

On or about and between February 5, 2010 and September 8, 2011, within the Southern District of California, defendant JOHN FREDERICK GARNER did knowingly possess one or more matters, that is computer hard drives and computer media containing digital and computer images which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a

AWJ

minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this Complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
DAVID OYOS
Special Deputy United States Marshal

Sworn to me and subscribed in my presence this 16th day of March, 2012.

_____
HONORABLE KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a peace officer employed by the Chula Vista Police Department (CVPD) and have been so employed for over ten years. I am currently assigned to the San Diego Internet Crimes Against Children (ICAC) Task Force, and have been so assigned since November of 2007. I am cross-sworn as a Special Deputy U.S. Marshal. My duties include the investigation of cases involving the use of computers and the Internet to commit violations of child pornography, child prostitution, and other crimes against children.

On February 18 and 19, 2011, Microsoft Corporation reported to the National Center for Missing and Exploited Children (herein referred to as NCMEC), that they discovered a Microsoft user had uploaded images of child pornography to a Windows SkyDrive account, which is an online document storage platform. Microsoft reported that an account identified by email address "heretiz@hotmail.com," and by IP address "98.176.212.228" had been utilized to upload child pornography images on three separate occasions between February 18 and 19, 2011.

I examined the images reported by Microsoft Corportation and confirmed that each contained visual depictions of minors engaged in sexually explicit activity. On the first occasion, one image was uploaded, which depicted a prepubescent female approximately 7-10 years old, orally copulating an adult males penis. The second occasion involved the upload of one image, which depicted a prepubescent female approximately 7-10 years old, lying nude on a bed with her breasts and vagina exposed. The picture is sexual in nature and the focus is on the girl's breasts and vagina. The third occasion

1  involved the upload of 9 images, which all depicted prepubescent
2  female children approximately 5-10 years old, engaged in oral and
3  vaginal sex with other kids and adult males. Some of the children are
   also posing nude while exposing their vaginas to the camera.
4       Investigation into the IP address 98.176.212.228 reported by
5  Microsoft Corporation confirmed that the address had been registered
6  to John Frederick Garner of xxxx Berkwood Drive, Spring Valley,
7  California. A record check of the address showed two subjects (John
8  and Kathleen Garner) were living at the residence.
9       On September 8, 2011, I served a state search warrant at the
10 residence on Berkwood Drive. I located a tower computer at the
11 residence when the warrant was served. A review of the computer
12 confirmed the presence of hundreds of images of child pornography.
13 Approximately 275 images of Child Pornography were recovered from the
14 hard drive. The Child Pornography images consisted of prepubescent
15 children engaged in oral, vaginal, and anal sex acts with adults and
16 other children. All of the images were found in the computer's drive
17 free space, system volume files, thumb cache, temporary files, and
18 temporary internet files. Each of the Child Pornography images that
19 were previously reported by Microsoft Corporation were located the
20 seized computer.
21      The images included the following:
22 1.   JPEG_12206080[594105].jpg
23 This image depicts a nude prepubescent girl on her back. Only the
24 lower half of the girl's body is showing, and the focus of the picture
25 is on her vagina. It appears the girl is an infant. In the picture,
26 her legs are spread open and an unknown adult male is inserting his

penis into her vagina. Because of the camera angle, the faces of both the adult male and infant girl cannot be seen.

2. JPEG_12247040[594105].jpg

This image depicts a nude prepubescent boy lying down on a bed while being oral copulated by an adult male. The camera angle does not allow you to see the boys face, but the adults face with the boy's penis in his mouth is clearly visible.

3. JPEG_16506880[594105].jpg

This image depicts a nude prepubescent boy lying down on his back with his legs spread open. The camera is directly on front of the boy and captures him grabbing his penis. The focus of the picture is on his penis and buttocks.

4. JPEG_12566528[158503].jpg

This image depicts a prepubescent girl orally copulating an adult male. The girl is lying down on her stomach on a bed and is nude except for the stockings on her legs. The male is standing in front of her. I recognize her to be a known exploitation victim identified by the National Center for Missing and Exploited Children.

5. JPEG_14659584[308470].jpg

This image depicts a nude prepubescent girl standing and posing nude for the camera. The girl is nude except for the stockings on her legs. This is the same girl from image #4. I recognize her to be a known exploitation victim identified by the National Center for Missing and Exploited Children.

At the time the search warrant was executed on September 8, 2011, I interviewed Garner, who elected to speak with me after I read him his Miranda Rights. He acknowledged those rights and agreed to answer

questions. Garner stated that both he and his wife (Kathleen) use the tower computer seized at his residence, but that each has their own login and password. He confirmed that he uses the email address "heretiz@hotmail.com." He also admitted that there was Child Pornography on the seized tower computer. He stated he received the Child Pornography from persons who sent it to him via email. He also stated he sent others Child Pornography when they requested it. During the interview, Garner admitted to having sexual chats about children online.

A Detective from the Los Angeles ICAC Task Force also provided information that he had been investigating an individual with the email account "seniormember4u@yahoo.com." This account was identified as belonging to Garner, by tracking the IP addresses that had accessed and setup the account. That yahoo account "seniormember4u@yahoo.com" was also located on the computer tower seized from Garner's residence.

The Detective later sent me reports relating to his investigation of "seniormember4u@yahoo.com." I reviewed the contents of Garners "seniormember4u@yahoo.com" email account. During the review of the email account, I found Garner was in possession of an additional 58 images of Child Pornography. The pictures were found saved within both sent and received email messages. He also had 12 Child Pornography videos stored in his account as well. When reviewing Garner's "sent" email folder, I saw that Garner had distributed Child Pornography to other email accounts owned by him self, and to others he was communicating with.

The Child Pornography images stored in the Yahoo account depicted images of prepubescent girls performing acts of masturbation, performing oral sex on adult males, or exposing their genitals for the

6

camera. Some of the images were copies of what I had previously found on Garner's computer.

Based on the dates of the emails, it appears that Garner distributed Child Pornography files from his Yahoo account between February 18, 2011 and June 15, 2011.

### REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this Complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

_____
DAVID OYOS
Special Deputy, USMS